# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS TODD BRISCO, YAS CASTELLUM LLC, YAS CASTELLUM FINANCIAL LLC, TIN QUOCK TRAN, FRANCISCO STORY, FREDRICK SAFRANKO, a/k/a TED SAFRANKO, SAEG CAPITAL GENERAL MANAGEMENT LP, and MICHAEL SHANNON SIMS,<br><br>    Defendants. | Civil Case No. 4:23-cv-336<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF FEBRUARY 22, 2023 SHOW CAUSE HEARING** |

On February 21, 2023, Plaintiff filed an unopposed motion for a two-week continuance of the February 22, 2023 show cause hearing as to why a preliminary injunction should not issue against Defendants (the "Show Cause Hearing"). The Court finds that Plaintiff has demonstrated good cause for continuing the Show Cause Hearing two weeks from February 22, 2023. The continuance will serve the interest of judicial economy by allowing all of the Defendants to participate in a single hearing, provide additional time for Plaintiff to conduct expedited discovery in advance of the hearing, ensure the attendance of necessary witnesses, and provide adequate time for the parties to prepare for the hearing.

However, Plaintiff does not seek a continuance of the Court's consideration of the motion for reconsideration filed by Defendant Francisco Story as a part of his opposition papers.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Continuance is GRANTED.

**IT IS FURTHER ORDERED** that the Show Cause Hearing shall be continued to March 8, 2023, at 10:00 a.m., except that the Court will hear Defendant Francisco Story's motion for reconsideration on February 22, 2023 at 10:00 a.m. as scheduled.

**IT IS SO ORDERED**, on the _____ day of February 2023, Houston, Texas.

_____
HON. LEE H. ROSENTHAL

**UNITED STATES DISTRICT JUDGE**