# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

Commodity Futures Trading Commission

**Plaintiff**

Case No.: 4:23-cv-00336 *SEALED*

vs.

Marcus Todd Brisco, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Derek Lanctot, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons; Order Granting Plaintiff's Motion for an Ex Parte Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief; Notice of Filing of Sealed Case; Application to Temporarily Seal New Civil Action; Proposed Order Granting Plaintiff Commodity Futures Trading Commission's Request to Temporarily Seal New Civil Action; Complaint for Injunctive Relief, Civil Monetary Penalties, Restitution, and Other Equitable Relief; Procedures For Cases Assigned to Chief Judge Lee H. Rosenthal; Ex Parte Motion for Statutory Restraining Order, Appointment of Temporary Receiver, and Other Equitable Relief and Memorandum of Points and Authorities in Support Thereof; Declaration of Maura M. Viehmeyer with Exhibits; Proposed Order Granting Plaintiff's Motion for an Ex Parte Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief; Motion and Order for Pro Hac Vice for Alison B. Wilson; Motion and Order for Pro Hac Vice for Sean P. Hennessy; and Order Granting Plaintiff Commodity Futures Trading Commission's Request to Temporarily Seal New Civil Action in the above entitled case.

That on 02/14/2023 at 6:41 PM, I served Fredirick Safranko a/k/a Ted Safranko at 109-39 Wayside Avenue, Scarborough, Ontario, Canada M1V 2Z4 with the Summons; Order Granting Plaintiff's Motion for an Ex Parte Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief; Notice of Filing of Sealed Case; Application to Temporarily Seal New Civil Action; Proposed Order Granting Plaintiff Commodity Futures Trading Commission's Request to Temporarily Seal New Civil Action; Complaint for Injunctive Relief, Civil Monetary Penalties, Restitution, and Other Equitable Relief; Procedures For Cases Assigned to Chief Judge Lee H. Rosenthal; Ex Parte Motion for Statutory Restraining Order, Appointment of Temporary Receiver, and Other Equitable Relief and Memorandum of Points and Authorities in Support Thereof; Declaration of Maura M. Viehmeyer with Exhibits; Proposed Order Granting Plaintiff's Motion for an Ex Parte Statutory Restraining Order, Appointment of a Temporary Receiver, and Other Equitable Relief; Motion and Order for Pro Hac Vice for Alison B. Wilson; Motion and Order for Pro Hac Vice for Sean P. Hennessy; and Order Granting Plaintiff Commodity Futures Trading Commission's Request to Temporarily Seal New Civil Action by serving Bob Seguin, housemate of Fredirick Safranko a/k/a Ted Safranko, a person of suitable age and discretion, who stated that he/she resides therein with Fredirick Safranko a/k/a Ted Safranko.

Bob Seguin is described herein as:

Gender: Male   Race/Skin: White   Age: 60   Weight: 180   Height: 5'10"   Hair: Gray   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

_Feb 24/23_
Executed On

_Derek Lanclot_

Client Ref Number:B5178
Job #: 1614311

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| COMMODITY FUTURES<br>TRADING COMMISSION<br><br>*Plaintiff(s)*<br>v.<br><br>MARCUS TODD BRISCO, YAS CASTELLUM LLC,<br>YAS CASTELLUM FINANCIAL LLC, TIN QUOC<br>TRAN, FRANCISCO STORY, FREDIRICK<br>SAFRANKO, a/k/a TED SAFRANKO, SAEG CAPITA<br>*Defendant(s)* | Civil Action No. 4:23 cv 0336 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Fredirick Safranko a/k/a Ted Safranko
109-39 Wayside Avenue, Scarborough, Ontario, Canada M1V 2Z4

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NATHAN OCHSNER
CLERK OF COURT

Date: 1/31/23

*Signature of Clerk or Deputy Clerk*