United States District Court
Southern District of Texas
**ENTERED**
June 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION<br>**Plaintiff,**<br><br>v.<br><br>MARCUS TODD BRISCO, YAS CASTELLUM LLC, YAS CASTELLUM FINANCIAL LLC, TIN QUOC TRAN, FRANCISCO STORY, FREDIRICK SAFRANKO, a/k/a TED SAFRANKO, SAEG CAPITAL GENERAL MANAGEMENT LP, and MICHAEL SHANNON SIMS,<br><br>**Defendants.** | § § § § § § § § § § § § § § § § §  CASE NO. 4:23-CV-00336 |

## ORDER APPROVING RECEIVER'S UNOPPOSED MOTION TO CLOSE THE RECEIVERSHIP

On this date the Court considered the Receiver's Unopposed Motion to Close the Receivership (the "Motion to Close"). After considering the pleadings on file it appears the matters requested are just and reasonable, and that all necessary and appropriate matters associated with the receivership will, by granting the Receiver's Motion, be resolved through the administration of this Receivership. Accordingly, the Court believes the Motion should be and hereby is GRANTED.

1. IT IS ORDERED that the Receiver's Final Report, attached to the Motion to Close as **Exhibit A**, is approved;

2. IT IS FURTHER ORDERED that the Receiver's Summary Accounting, attached to the Motion to Close as **Exhibit B**, is approved;

3. IT IS FURTHER ORDERED that the claims of the following claimants, and the monies payable to these claimants, shall be forfeited to the receivership estate if they have failed to deposit the interim distribution check after June 30, 2025: Holders of Claim Numbers 0047; 00111; 00112; 00124; 00126; 00134; 00151; 00163; 00182; 00192; 00193; 00214.

4. IT IS FURTHER ORDERED that upon the Receiver's receipt of $196,065.92 from Defendant Marcus Todd Brisco, the Receiver is authorized to make a Final Distribution of $200,000 to Approved Claimants as shown on **Exhibit D** attached to the Motion to Close;

5. IT IS FURTHER ORDERED that the Receiver is authorized to pay the final fees and expenses of the Receivership as shown on **Exhibits E-1 and E-2** attached to the Motion to Close;

6. IT IS FURTHER ORDERED that the Receiver is authorized to pay the estimated fees and expenses to the Receiver, the Receiver's attorneys, and the Receiver's accountants as shown on **Exhibit F** attached to the Motion to Close;

7. IT IS FURTHER ORDERED that the Receiver is authorized to close the receivership bank account after making the final distribution and paying all approved fees and expenses.

8. IT IS FURTHER ORDERED that the Receiver is authorized to file with the Internal Revenue Service or any governmental agency any tax returns or compliance documents that may be required or requested.

9. IT IS FURTHER ORDERED that the Receiver is authorized to retain the

books and records of the Receivership necessary to support the tax returns filed by the Receiver for a period of four years and thereafter destroy the books and records of the Receivership.

10. IT IS FURTHER ORDERED that the Receiver is authorized to destroy all books and records of the Receivership, not necessary to support the tax returns filed by the Receiver, after 120 days from the date of the filing of the Receiver's Closing Declaration.

IT IS FURTHER ORDERED that all persons are hereby enjoined from commencing or prosecuting, without leave of this Court, any action against the Receiver or his agents in connection with or arising out of the Receiver's service to this Court in this Receivership.

IT IS FURTHER ORDERED that upon the Receiver filing with the Court a Closing Declaration that items 1 through 8 have been completed, the receivership shall be terminated and the Receiver and his employees, agents, attorneys and accountants shall be released and exonerated from any and all further liability to this Receivership Estate, as defined in the Court's Statutory Restraining Order, the creditors, claimants, beneficiaries, or prior owners of the Receivership Estate.

IT IS FURTHER ORDERED that the Court hereby retains jurisdiction over the receivership for all purposes.

IT IS FURTHER ORDERED that nothing contained in this Order shall release any obligation or term of any Judgments entered in this case against the Defendants in favor of the Commodity Futures Trading Commission.

SO ORDERED.

Signed this 3rd day of June, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE